**STATE of Missouri, Plaintiff-Respondent,**

v.

**Larry Dewayne USHER, Defendant-Appellant.**

No. 45834.

Missouri Court of Appeals, Eastern District, Division Four.

June 12, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 12, 1984.

Application to Transfer Denied Sept. 11, 1984.

Joseph Howlett, Shaw, Howlett & Schwartz, Clayton, for defendant-appellant.

John Ashcroft, Atty. Gen., Jefferson City, Gary E. Stevenson, Prosecuting Atty., Farmington, for plaintiff-respondent.

ORDER

PER CURIAM:

This is an appeal from a judgment of conviction of murder in the second degree, § 565.004 RSMo 1978, and a sentence of 28 years in the custody of the Missouri Department of Correction.

No error of law appearing and this court having determined that an opinion would have no jurisprudential value, the judgment of the trial court is affirmed in compliance with Rule 30.25(b).